JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFO FABRICANTE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; MERRILL LYNCH PIERCE, FENNER & SMITH INCORPORATED; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. CV 13-00456-R (JCx)**<br>[Hon. Manuel L. Real, Courtroom 8]<br><br>**ORDER GRANTING JOINT STIPULATION RE: DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Final Pretrial Conference:<br>   February 3, 2014, 11:00 a.m.<br>Trial:<br>   March 4, 2014, 9:00 a.m.<br><br>[Action Filed: October 25, 2012]<br>[Removed: January 22, 2013] |

EDWARDS WILDMAN
PALMER LLP
ATTORNEYS AT LAW
BOSTON

*Fabricante v. Bank of America, et al.*
USDC Case No. CV 13-00456-R (JCx)
AM 24821446.1

[PROPOSED] ORDER GRANTING JOINT STIPULATION
RE: DISMISSAL OF THE ENTIRE ACTION WITH
PREJUDICE

# ORDER

**GOOD CAUSE** appearing, the Court hereby dismisses with prejudice the entire action in accordance with the terms of the written settlement agreement entered into between the parties, with each side bearing his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: _November 20, 2013_    _____
                              Hon. Manuel L. Real, Judge
                              United States District Court

Edwards Wildman Palmer LLP
Attorneys At Law
Boston

*Fabricante v. Bank of America, et al.*     - 1 -     [PROPOSED] ORDER GRANTING JOINT STIPULATION
USDC Case No. cv 13-00456-R (JCx)                    RE: DISMISSAL OF THE ENTIRE ACTION WITH
AM 24821446.1                                                                         PREJUDICE